LIDIA S. STIGLICH, State Bar No. 182100
STIGLICH & HINCKLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone:    (510) 486-0800
Facsimile:    (510) 486-0801

Attorneys for Defendant
ANGELICA BATO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 12-0198 WHA |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL; REQUEST FOR STATUS HEARING** |
| vs. | |
| ANGELICA BATO, | |
| Defendant. | |

Upon stipulation of the government, counsel and the defendant, the parties agree to substitute Douglas Rappaport as attorney of record for defendant ANGELICA BATO. Pursuant to stipulation attorney Lidia S. Stiglich will be relieved. (See attached Substitution of Counsel.)

///

///

///

1

1  The parties further request the matter be set for status hearing on Tuesday, July 17, 2012
2  at 2:00 p.m. to assess the case status in light of the proposed change of counsel.

3  **IT IS SO STIPULATED.**

4  Dated: 07/10/2012            /s/Benjamin Tolkoff

5                                                BENJAMIN TOLKOFF
6                                                Assistant United States Attorney

7  Dated: 07/10/2012            /s/Lidia S. Stiglich

8                                                LIDIA S. STIGLICH
                                                  Attorneys for Defendant
9                                                 ANGELICA BATO

10
11 Dated: 07/10/2012            /s/Douglas Rappaport

12                                                DOUGLAS RAPPAPORT
                                                  Proposed Attorney for Defendant
13                                                ANGELICA BATO

## **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, it is hereby ordered that DOUGLAS RAPPAPORT be substituted and relieve LIDIA S. STIGLICH as attorney of record for defendant ANGELICA BATO.

IT IS SO ORDERED.

Dated:   July 23, 2012.



William Alsup
UNITED STATES DISTRICT JUDGE