1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   BENJAMIN TOLKOFF (CABN 4294443)
   Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-7200
        Fax: (415) 436-7234
7       E-Mail: Benjamin.Tolkoff@usdoj.gov

8  Attorneys for Plaintiff

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,           )   No. CR 12-0198 WHA
14                                     )
           Plaintiff,                  )   STIPULATION AND [PROPOSED]
15                                     )   PROTECTIVE ORDER
       v.                              )
16                                     )   Date:  November 15, 2012
   ANGELICA BATO,                      )   Time:  2:00 p.m.
17                                     )
           Defendant.                  )
18   _____)

19      The United States will provide the identity of the CS in the captioned matter, the CS'

20 criminal history and all evidence of benefits given to the CS by the government in exchange for

21 the CS' cooperation in this matter. The defense agrees that this information will not be disclosed

22 to anyone other than the defendant, defense counsel and defense counsel's investigator and staff

23 who need the information to adequately represent the defendant at trial. The defendant agrees

24 that she will not divulge this information to anyone other than as required to prepare for her

25 defense at trial.

26 //

27

28

STIP. & [PROP.] PROTECTIVE ORDER
U.S. v. BATO; CR 12-0198 WHA

SO STIPULATED.

DATED: November 2, 2012.

Respectfully submitted,
MELINDA HAAG
United States Attorney

/s/ BENJAMIN TOLKOFF
Assistant United States Attorney

DATED: November 2, 2012.

/s/ DOUGLAS L. RAPPAPORT
Attorney for ANGELICA BATO

SO ORDERED.

DATED: November 6, 2012.

[Seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA]

HON. WILLIAM ALSUP
United States District Judge
Judge William Alsup

STIP. & [PROP.] PROTECTIVE ORDER
U.S. v. BATO; CR 12-0198 WHA