1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  BENJAMIN TOLKOFF (NYBN 4294443)
   DAMALI TAYLOR (CABN 262489)
5  Assistant United States Attorney
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone:  (415) 436-7200
7     Fax: (415) 436-7234
      E-Mail: Benjamin.Tolkoff@usdoj.gov
8
   Attorneys for Plaintiff
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. [CR 12-0198] WHA |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER SEEKING ADDITIONAL TIME |
| v. ) | |
| ANGELICA BATO, ) | Date: December 28, 2012<br>Time: 12:00 p.m. |
| Defendant. ) | |

      On December 5, 2012, the Court issued an order entitled Order Re Retrial. The Court ordered that any proposed submissions and authority for revisions or suggestions to jury instructions be submitted to the Court by noon on December 28, 2012.

      At the time of the Court's order, the defendant was represented by Douglas Rappaport. Mr. Rappaport has since withdrawn from the case and on December 20, 2012, Mark Vermeulen was appointed to represent Ms. Bato. Because Mr. Vermeulen is new to the case, he cannot provide a thorough submission to the Court by noon on December 28, 2012. Government and defense counsel have conferred and would prefer to file simultaneous submissions to the Court and therefore respectfully request additional time to comply with the Court's order.

STIP. &[PROP.] ORD. ADDITIONAL TIME
U.S. v. BATO; CR 12-0198 WHA

1  The parties therefore jointly request that the Court allow the parties to submit responses
2  to the Court's December 5 order on January 4, 2013 by noon.
3  SO STIPULATED.
4  DATED: December 27, 2012.  Respectfully submitted,
   MELINDA HAAG
5  United States Attorneys

6  /s/
   _____
7  BENJAMIN TOLKOFF
   DAMALI TAYLOR
8  Assistant United States Attorneys
   DATED: December 27, 2012.
9  /s/
   _____
10 MARK VERMEULEN
   Attorney for ANGELICA BATO
11
12 For the above stated reasons, the parties are hereby granted additional time to comply
13 with the Court's December 5, 2012 order.  The parties shall file any submissions in response to
14 the December 5 order no later than noon, January 4, 2013.
15 SO ORDERED.
16 DATED: December 27, 2012.
17 _____
   HONORABLE WILLIAM ALSUP
18 United States District Court Judge

STIP. & [PROP.] ORD. ADDITIONAL TIME
U.S. v. BATO; CR 12-0198 WHA