UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANGELICA BATO,<br><br>    Defendant. | No. CR 12-0198 WHA<br><br>**[Proposed] ORDER PERMITTING TRAVEL** |

    Based on the application of Defendant Angelica Bato, through counsel, and good cause appearing,

    IT IS HEREBY ORDERED that Defendant Angelica Bato is permitted to travel to the Philippines from July 13, 2016 through  August 10 , 2016 provided that she (1) provides the Probation Officer with the dates of travel prior to the travel, (2) provides the Probation Officer with contact information for Ms. Bato during her stay in the Philippines, and (3) reports to the Probation Officer within 48 hours of her return to the United States.

    IT IS SO ORDERED.

Dated: July 12, 2016

_____
William Alsup
United States District Judge